MYSTIC MARINELIFE AQUARIUM ET AL. *v.* JOSEPH N. GILL, COMMISSIONER OF ENVIRONMENTAL PROTECTION, ET AL.

The plaintiffs' motion to strike certain portions of argument from the defendant's brief in the appeal from the Superior Court in Hartford County is denied by the court.

*Alan R. Spirer,* in support of the motion.

Submitted March 17—decided April 4, 1978

STATE OF CONNECTICUT *v.* ARLENE BRUNEAU ET AL.

The defendants' petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Alan E. Silver,* in support of the petition.

*John H. Durham,* assistant prosecuting attorney, in opposition.

Submitted March 23—decided April 4, 1978

STATE OF CONNECTICUT *v.* FREDERICK STECHER ET AL.

The petition by Frederick Stecher, defendant and third-party plaintiff, for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Herbert V. Camp, Jr.,* in support of the petition.

*Edward F. Reynolds, Jr.,* assistant attorney general, in opposition.